UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| STEVEN BORCHERT and<br>HELEN E. BORCHERT,<br><br>    Petitioners<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent | )<br>)<br>)<br>)<br>)<br>)<br>) No. 4:06-mc-00001-AS<br>)   4:06cv140AS<br>)<br>)<br>) |

*MEMORANDUM AND ORDER*

This court takes judicial notice of the proceedings here including those held in open court in Lafayette, Indiana on October 30, 2006. Steven E. Borchert, appearing *pro se*, did on November 13 file a motion to stay judgment to which the United States filed a response on November 15, 2006.

It is correct that this is not a money judgment under the factors enunciated in *Hilton v. Branwskill*, 481 U.S. 770 (1987). Thus, the motion to stay filed by Steven Borchert is without merit and **DENIED. IT IS SO ORDERED**.

DATED: December 6, 2006

                              S/ ALLEN SHARP
                              ALLEN SHARP, JUDGE
                              UNITED STATES DISTRICT COURT